## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JUSTIN KOCH

      Petitioner,

      v.

WARDEN, LONDON CORRECTIONAL
INSTITUTION,

      Respondent.

      **Case No. 1:20-cv-377**
      **JUDGE DOUGLAS R. COLE**
      **Magistrate Judge Litkovitz**

### ORDER

This cause comes before the Court on (1) Petitioner Justin Koch's unopposed Motion to Dismiss (Doc. 8) this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a), and (2) the Magistrate Judge's Report and Recommendation (Doc. 9), which recommends dismissing the case with prejudice in accordance with Koch's Motion.

Federal Rule Civ. P. 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Pursuant to that Rule, the Court **ADOPTS** the Report and Recommendation (Doc. 9) and **GRANTS** Koch's unopposed Motion to Dismiss (Doc. 8). The Court thus **DISMISSES** the case **WITH PREJUDICE** and **DIRECTS** the Clerk to enter judgment accordingly.

      **SO ORDERED.**

August 5, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**